## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID CALHOUN                          :

        Plaintiff,           :     CIVIL ACTION

                    :

        v.                   :

KENYA MANN, JOEL                       :     NO.  08-4707
GOLDSTEIN, UNITED STATES               :
MARSHALS, and LAWRENCE                 :
MURRAY                                 :

        Defendants.          :

**FILED**

MAY 1 2 2009

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### <u>ORDER</u>

**AND NOW**, this 12th day of May, 2009, upon consideration of the Plaintiff's Motion for Reconsideration (Doc No. 38) and the Response of Defendants Mann and Goldstein (Doc. No. 39) it is hereby **ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED**.

BY THE COURT:

_____

RONALD L. BUCKWALTER, S.J.